City of Chicago, a Municipal Corporation, Appellee, v. Hyman Goldstein, Appellant.

Gen. Nos. 47,640, 47,641, 47,642, consolidated. 

First District, First Division.
November 16, 1959.
Released for publication December 21, 1959.

Herman Jacobs, for appellant; John C. Melaniphy, Corporation Counsel of the City of Chicago (Sydney R. Drebin, and Rita Ivy Epstein, Assistant Corporation Counsel, of counsel) for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.